AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNIVERSITY OF NORTH CAROLINA
HEALTH CARE SYSTEM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-246

ITPEU HEALTH AND WELFARE PLAN, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Orders of September 29, 2022, and November 7, 2022, Defendants' ITPEU Health and Welfare Plan, ITPEU Health and Welfare Fund, and Board of Trustees of the ITPEU Health and Welfare Fund's Motion for Judgment on the Administrative Record and for Summary Judgment, and Defendants' Anthem Insurance Companies, Inc. and Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.'s Motion for Summary Judgment are granted in part and denied in part. Additionally, Plaintiff University of North Carolina Health Care System's Motion for Judgment on the Administrative Record is denied, and UNC Health's claims set forth in the Verified Complaint are dismissed. This civil action stands closed.

Approved by: _____

November 17, 2022
Date



John E. Triplett, Clerk of Court
Clerk

_Tara H. Burton_
(By) Deputy Clerk

GAS Rev 10/2020